UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRAD LAMONTE WHITFIELD,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:20-CV-05696-BAT<br><br><br>ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will instruct the administrative law judge to do the following:

1. further develop the claimant's record to obtain updated treatment records;
2. proffer the claimant the additional medical evidence from Multicare Health System (Exhibit 18F), and any other evidence entered into the claimant's record;
3. further evaluate the medical and non-medical source opinions, including but not limited to Nisha Singh, M.D. and James Lewis, M.D., and explain the weight given to such opinion evidence;
4. further evaluate the nature and severity of the claimant's alleged impairments, including the claimant's asthma;

Page 1     ORDER - [3:20-CV-05696-BAT]

5. further evaluate the claimant's maximum residual functional capacity and provide an appropriate rationale with specific references to evidence of record in support of the assessed limitations;

6. further evaluate the claimant's alleged symptoms, including his alleged back pain, and provide a rationale in accordance with the disability regulations pertaining to evaluation of symptoms;

7. if warranted, obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the claimant's occupational base; and

8. provide the claimant an opportunity for a hearing.

Upon proper presentation, the Court will consider whether reasonable attorney fees, costs, and expenses should be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this 23rd day of December, 2020.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

Presented by:

s/ Stephen Dmetruk
STEPHEN DMETRUK
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-3725
Fax:  (206) 615-2531
stephen.dmetruk@ssa.gov